UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILDA SOLIS, SEC. OF LABOR,

    Plaintiff,

v.

ODELL JONES III, ET AL.,

    Defendants.
    _____/

Case No. 11-13906

Honorable Nancy G. Edmunds

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTIONS TO STRIKE [7, 8]**

    This matter comes before the Court on Plaintiff's motions to strike Defendant Odell Jones's jury demand [8] and affirmative defenses 2 and 3 asserting laches and waiver defenses [7]. Because Defendant Odell Jones does not oppose these motions, they are GRANTED.

    SO ORDERED.


    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: January 18, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 18, 2012, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager